UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ESSITE LEE,
    Petitioner,

v.      No. 2:15-cv-00783

ECKARD, THE DISTRICT ATTORNEY
OF PHILADELPHIA COUNTY, and THE
PENNSYLVANIA ATTORNEY GENERAL,
    Respondents.

# **O R D E R**

**AND NOW**, this 9th day of March, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Lee's objections, ECF Nos. 36, 38, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 33, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus is **DENIED**;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge